1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8                              ----oo0oo----

9   UNITED STATES OF AMERICA,
                                      NO. CR-S-04-0005 WBS
10           Plaintiff,

11    v.

12   FRED SEARCEY,                         ORDER

13
             Defendant.
14   _____/

15                             ----oo0oo----

16           Defendant FRED SEARCEY has filed a Motion for Reduction

17   of Sentence under 18 U.S.C. § 3582(c)(2) Due to Recent Reduction

18   in the "Crack Cocaine" U.S. Sentencing Guidelines.

19           The United States Attorney shall file a response to the

20   Motion on or before February 4, 2008.  Defendant shall file his

21   reply, if any, on or before February 18, 2008.  The matter will

22   then be taken under submission.

23           IT IS SO ORDERED.

24   DATED:  January 7, 2008

25

26           WILLIAM B. SHUBB
             UNITED STATES DISTRICT JUDGE
27

28