1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FRED SEARCEY

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )  No. Cr. S 04-05 WBS
                                  )
12         Plaintiff,              )  **EX PARTE REQUEST TO CONTINUE STATUS**
                                  )  **CONFERENCE; [~~lodged~~] ORDER**
13    v.                           )
                                  )  **RETROACTIVE CRACK COCAINE REDUCTION**
14 FRED SEARCEY,                   )  **CASE**
                                  )  Date:  May 27, 2008
15         Defendant.              )  Time:  8:30 a.m.
                                  )  Judge: Hon. WILLIAM B. SHUBB
16 _____ )

    Defendant, FRED SEARCEY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests that the Court continue the status conference, currently set for May 27, 2008, to June 23, 2008 at 8:30 a.m., because of the unavailability of the government's attorney, Assistant U.S. Attorney Jason Hitt.

    Dated:  May 22, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                                /s/ *David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

                              Attorney for Movant

1 **ORDER**

2 Pursuant to the ex parte request of defendant, and good cause
3 appearing therefor, the status conference set for May 27, 2008, is
4 CONTINUED to Monday, June 23, 2008, at 8:30 a.m.

5 Dated: May 23, 2008

7 _____
WILLIAM B. SHUBB
8 UNITED STATES DISTRICT JUDGE