```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FRED SEARCEY
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 04-05 WBS |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST FOR SCHEDULING** |
| | ) **ORDER; [~~lodged~~] ORDER** |
| v. | ) |
| | ) **RETROACTIVE CRACK COCAINE** |
| FRED SEARCEY, | ) **REDUCTION CASE** |
| Defendant. | ) |

Pursuant to the Court's order of June 21, 2008, the parties, by and through their attorneys, file this stipulated request for a briefing schedule and hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), and request the court enter the order lodged herewith.

Dated: September 9, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ William S. Wong* | */s/ David M. Porter* |
| WILLIAM SZE WONG | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | FRED SEARCEY |

1                              O R D E R

2     For the reasons set forth above, and good cause appearing
3  therefor, the Court sets the following schedule:
4     Memorandum in support of motion:   Due September 15, 2008
5     Government Response:               Due September 29, 2008
6     Reply:                             Due October 6, 2008
7     Hearing:                           October 14, 2008, at 8:30 a.m.
8     **IT IS SO ORDERED.**
9  Dated:   September 15, 2008

       _____
       WILLIAM B. SHUBB
       UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR BRIEFING SCHEDULE
                      -2-