McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-005-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND (~~PROPOSED~~) ORDER |
| v. ) | TO RESET BRIEFING SCHEDULE AND |
| ) | HEARING |
| FRED SEARCEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Fred Searcey, through his counsel, David M. Porter, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) currently set for October 14, 2008, at 8:30 a.m.:

1. Government's response shall be filed no later than October 20, 2008;

2. Defendant's reply, if any, shall be filed no later than October 27, 2008; and

///

1

1    3.   Hearing on the motion set for November 3, 2008,
          at 8:30 a.m.

Counsel for the government needs additional time to research and prepare its response.  Accordingly, the parties stipulate to the revised law and motion schedule.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: October 10, 2008        By: /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney

DATED: October 10, 2008        By: /s/ David M. Porter
                                   DAVID M. PORTER
                                   Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.

DATED: October 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2