```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED SEARCEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 04-05 WBS |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE HEARING; [~~lodged~~] ORDER** |
| v. | |
| FRED SEARCEY, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for November 3, 2008 be continued to November 24, 2008, and request the court enter the order lodged herewith.

Dated:  October 31, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| _/s/ William Sze Wong_<br>WILLIAM SZE WONG<br>Assistant U.S. Attorney | _/s/ David M. Porter_<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>FRED SEARCEY |

O R D E R

For the reasons set forth above, and good cause appearing therefor, the Court sets the following schedule:

```
Government Response:    Due November 12, 2008
Reply:                  Due November 17, 2008
Hearing:                November 24, 2008, at 8:30 a.m.
```

IT IS SO ORDERED.

Dated: October 31, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING

-2-