```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED SEARCEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S 04-05 WBS |
| Plaintiff, | ) **STIPULATED REQUEST TO CONTINUE** |
| | ) **HEARING; [~~lodged~~] ORDER** |
| v. | ) |
| | ) **RETROACTIVE CRACK COCAINE** |
| FRED SEARCEY, | ) **REDUCTION CASE** |
| Defendant. | ) |
| _____ | ) |

The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for November 24, 2008, be continued to January 5, 2009, and request the court enter the order lodged herewith.

Dated: November 21, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| _/s/ William Sze Wong_ | _/s/ David M. Porter_ |
| WILLIAM SZE WONG | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | FRED SEARCEY |

1  O R D E R

2      For the reasons set forth above, and good cause appearing
3  therefor, the Court sets the following schedule:
4      Government Response:    Due December 22, 2008
5      Reply:    Due December 29, 2008
6      Hearing:    January 5, 2009, at 8:30 a.m.
7      **IT IS SO ORDERED.**
8  Dated: November 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING

-2-