```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRED SEARCEY, <br><br> Defendant. <br> _____ | CR. NO. S-04-005-WBS <br><br> STIPULATION AND (PROPOSED) ORDER TO RESET BRIEFING SCHEDULE AND HEARING |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Fred Searcey, through his counsel, David M. Porter, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) currently set for January 5, 2009, at 8:30 a.m.:

  1. Government's response shall be filed no later than January 20, 2009;

  2. Defendant's reply, if any, shall be filed no later than January 26, 2009; and

///

1

3.   Hearing on the motion set for February 2, 2009, at 8:30 a.m.

Counsel for the government needs additional time to research and prepare its response.  Accordingly, the parties stipulate to the revised law and motion schedule.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: December 31, 2008       By: /s/ William S. Wong
                                            WILLIAM S. WONG
                                            Assistant U.S. Attorney

DATED: December 31, 2008       By: /s/ David M. Porter
                                            DAVID M. PORTER
                                            Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.

DATED:   December 31, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE