LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRED SEARCEY,

Defendant.

CR. NO. S-04-005-WBS

STIPULATION AND (~~PROPOSED~~) ORDER TO RESET BRIEFING SCHEDULE AND HEARING

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Fred Searcey, through his counsel, David M. Porter, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) currently set for February 2, 2009, at 8:30 a.m.:

1. Government's response shall be filed no later than March 2, 2009;

2. Defendant's reply, if any, shall be filed no later than March 9, 2009; and

///

3. Hearing on the motion set for March 16, 2009, at 8:30 a.m.

Counsel for the government needs additional time to research and prepare its response. Accordingly, the parties stipulate to the revised law and motion schedule.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: January 29, 2009 By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: January 29, 2009 By: /s/ David M. Porter
DAVID M. PORTER
Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.

DATED: January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE