| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>FRED SEARCEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 04-05 WBS |
| Plaintiff, | ) | **STIPULATED REQUEST TO CONTINUE HEARING; [lodged] ORDER** |
| v. | ) | |
| FRED SEARCEY, | ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) | |

The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for May 18, 2009 be continued to June 22, 2009 at 8:30 a.m., and request the court enter the order lodged herewith.

Dated: May 14, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| _/s/ William Sze Wong_<br>WILLIAM SZE WONG<br>Assistant U.S. Attorney | _/s/ David M. Porter_<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>FRED SEARCEY |

O R D E R

For the reasons set forth above, and good cause appearing therefor, the Court sets the following schedule:

    Reply:                  Due June 15, 2009

    Hearing:             June 22, 2008, at 8:30 a.m.

    IT IS SO ORDERED.

Dated: May 15, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING

-2-