DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED SEARCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 04-05 WBS |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE HEARING; [lodged] ORDER** |
| v. | |
| FRED SEARCEY, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for June 22, 2009 be continued to August 3, 2009, and request the court enter the order lodged herewith.

Dated:   June 12, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| /s/ *William Sze Wong* | /s/ *David M. Porter* |
| WILLIAM SZE WONG | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | FRED SEARCEY |

O R D E R

For the reasons set forth above, and good cause appearing therefor, the Court sets the following schedule:

Reply:                    Due July 27, 2009

Hearing:                  August 3, 2008, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   June 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING
-2-