DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED SEARCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 04-05 WBS |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE HEARING; [lodged] ORDER** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| FRED SEARCEY, | |
| Defendant. | |

The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for August 3, 2009, be continued to September 28, 2009, and request the court enter the order lodged herewith.

Dated:  July 27, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ *William Sze Wong* | /s/ *David M. Porter* |
| WILLIAM SZE WONG | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | FRED SEARCEY |

1                             O R D E R

2       For the reasons set forth above, and good cause appearing

3  therefor, the Court sets the following schedule:

4       Reply:                 Due September 21, 2009

5       Hearing:               September 28, 2009, at 8:30 a.m.

6       IT IS SO ORDERED.

7  Dated:   July 28, 2009

8  _____

9  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING
                    -2-