```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED SEARCEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRED SEARCEY,<br><br>　　　　　Defendant.<br>_____ | No. Cr. S 04-05 WBS<br><br>**STIPULATED REQUEST TO CONTINUE HEARING; [~~lodged~~] ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

　　　The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for September 28, 2009, be continued to October 26, 2009, and request the court enter the order lodged herewith.

Dated:　September 21, 2009

Respectfully submitted,

```
LAWRENCE G. BROWN                        DANIEL J. BRODERICK
United States Attorney                   Federal Defender

_____                   /s/ David M. Porter
WILLIAM SZE WONG                         DAVID M. PORTER
Assistant U.S. Attorney                  Assistant Federal Defender

Attorney for Plaintiff                   Attorney for Movant
UNITED STATES OF AMERICA                 FRED SEARCEY
```

**O R D E R**

For the reasons set forth above, and good cause appearing therefor, the Court sets the following schedule:

    Reply:                  Due October 19, 2009

    Hearing:            October 26, 2009, at 8:30 a.m.

    IT IS SO ORDERED.

Dated:   September 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE