```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED SEARCEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>FRED SEARCEY,<br><br>           Defendant.<br>_____ | ) No. Cr. S 04-05 WBS<br>)<br>) **STIPULATED REQUEST TO CONTINUE**<br>) **HEARING; [~~lodged~~] ORDER**<br>)<br>) **RETROACTIVE CRACK COCAINE**<br>) **REDUCTION CASE**<br>)<br>)<br>)<br>) |

   The parties, by and through their attorneys, file this stipulated request to continue the hearing on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), currently set for October 26, 2009, be continued to November 30, 2009 at 8:30 a.m., and request the court enter the order lodged herewith.

Dated:   October 23, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>United States Attorney<br><br>  /s/ *William S. Wong*<br>WILLIAM S. WONG<br>Assistant U.S. Attorney<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | DANIEL J. BRODERICK<br>Federal Defender<br><br>  /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorney for Movant<br>FRED SEARCEY |

**O R D E R**

For the reasons set forth above, and good cause appearing therefor, the Court sets the following schedule:

    Reply:                    Due November 20, 2009

    Hearing:              Monday, November 30, 2009, at 8:30 a.m.

    IT IS SO ORDERED.

Dated:   October 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING
-2-