BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRED SEARCEY, <br><br> Defendant. | CR. NO. S-04-005-WBS <br><br> STIPULATION AND ~~(PROPOSED)~~ ORDER TO RESET HEARING |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Fred Searcey, through his counsel, David M. Porter, Esq., stipulate and agree to the following revised hearing date regarding the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) currently set for November 30, 2009, at 2:00 p.m.:

Hearing on the motion set for December 14, 2009, at 2:00 p.m.

Counsel for the government was unavailable due to three flat tires caused by road hazards. Accordingly, the parties stipulate to the revised motion date.

1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: December 3, 2009 | By: | /s/ William S. Wong<br>WILLIAM S. WONG<br>Assistant U.S. Attorney |
| DATED: December 3, 2009 | By: | /s/ David M. Porter<br>DAVID M. PORTER<br>Attorney for Defendant |

## **ORDER**

For the reasons set forth above, the revised motion date is adopted. The hearing date is set for December 14, 2009, at 2:00 p.m.

DATED: December 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2