```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FRED SEARCEY
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. Cr. S 04-05 WBS
                                 )
12              Plaintiff,       )  ORDER
                                 )
13       v.                      )
                                 )
14  FRED SEARCEY,                )
                                 )
15              Defendant.       )  Honorable WILLIAM B. SHUBB
                                 )
16  _____)
```

17      Pursuant to this Court's direction at the December 14, 2009,
18 hearing in the above-entitled matter, defendant FRED SEARCEY, by and
19 through his attorney, Assistant Federal Defender David M. Porter,
20 lodges below an order substantially identical to the order signed by
21 the Court in *United States v. Londale Dewayne Cobb*, Cr. S 97-0100 FCD,
22 on December 9, 2009, which stays this case until the decision in *United*
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | *States v. Wesson*, 9th Cir. No. 08-30177, becomes final.
2 | Dated:   December 14, 2009
3 |                                    Respectfully submitted,
4 |                                    DANIEL J. BRODERICK
   |                                    Federal Defender
5 |
6 |                                    /s/ *David M. Porter*
   |                                    DAVID M. PORTER
   |                                    Assistant Federal Defender
7 |
8 |                                    Attorney for Movant
   |                                    FRED SEARCEY

[~~LODGED~~] ORDER

**ORDER**

The above-entitled matter came on for hearing on December 14, 2009, on Mr. Searcey's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). It appears to the Court that the Ninth Circuit's decision in *United States v. Wesson*, 583 F.3d 728 (2009), governs the outcome, but because a petition for rehearing was filed in *Wesson*, the Court will defer ruling until *Wesson* becomes final.

Accordingly, this case is ordered **STAYED** pending the final resolution of *United States v. Wesson*, 9th Cir. No. 08-30177. Defendant shall file a notice within 7 days after the *Wesson* decision becomes final.

Dated: January 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[~~LODGED~~] ORDER

-3-