UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

      Plaintiff,

          v.

FRED SEARCEY,

      Defendant.

_____/

NO. Cr. S-04-05 WBS

ORDER

----oo0oo----

On January 2, 2008, defendant moved to reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) based on the reduction of the sentencing guidelines pertaining to "crack cocaine" made retroactive under U.S.S.G. § 1B 1.10.  On January 6, 2010, recognizing that the Ninth Circuits decision in United States v. Wesson, 583 F.3d 728 (2009) would be controlling unless overturned either on rehearing by the Circuit or on certiorari by the Supreme Court, this court stayed proceedings on defendant's motion pending pending final resolution of Wesson.

      The court is now informed that the Wesson decision has

1

become final and that the Supreme Court has denied certiorari.
The stay of these proceedings previously ordered is therefore
lifted.   The parties agree that <u>Wesson</u> is controlling here.
Defendant was sentenced as a career offender under U.S.S.G. §
4B1.1, and not on the basis of the cocaine base or "crack"
guidelines then in existence.   Therefore, he is not eligible for
a reduction of sentence under 18 U.S.C. § 3582(c)(2).
Defendant's motion for reduction of sentence is therefore DENIED.

       IT IS SO ORDERED.

DATED:   June 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2