UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRED SEARCEY,<br><br>　　　　Defendant. | CR. NO. 2:04-00005 WBS<br><br>ORDER |

----oo0oo----

On September 3, 2015, defendant Fred Searcey filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 85.) The United States shall file an opposition to defendant's motion no later than August 15, 2016. Defendant may file a reply no later than August 30, 2016. The court will then take the motion under submission and will inform the parties if

1

1 | oral argument or further proceedings are necessary.
2 |         IT IS SO ORDERED.
3 | Dated: July 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE