**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
FRED SEARCEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:04-CR-00005 WBS | |
| ) | | |
| Plaintiff, ) | | |
| ) | **STIPULATION AND** | |
| v. ) | **ORDER TO MODIFY BRIEFING** | |
| ) | **SCHEDULE** | |
| ) | | |
| **FRED SEARCEY**, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

On September 3, 2015, Mr. Searcey filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 85. On July 12, 2016, the Court ordered the government's opposition to such motion to be filed by August 15, 2016, and defendant's reply to be filed by August 30, 2016.  CR 89.  On August 29, 2016, the Court appointed Ms. Radekin as counsel for Mr. Searcey, and ordered that the previously-ordered deadlines remain in effect.  CR 92.

Ms. Radekin needs additional time to obtain records and assess whether she intends to file an amended motion or reply to government opposition in this case.  She has conferred with Mr. Hitt, and he is agreeable to modifying the briefing schedule.

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE - 1

Accordingly, the parties respectfully stipulate and request that the current briefing schedule be vacated and a new briefing schedule be ordered as follows:

| | |
|---|---|
| Amended motion to reduce sentence | **October 18, 2016** |
| Government's opposition | **November 8, 2016** |
| Defendant's reply, if any | **November 15, 2016** |

Dated: September 1, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                     By:    /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States

Dated: September 1, 2016                    /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            FRED SEARCEY

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the briefing schedule relating to defendant's possible motion to reduce sentence pursuant to § 3582(c)(2) be revised to reflect the following deadlines:

| | |
|---|---|
| Amended motion to reduce sentence | **October 18, 2016** |
| Government's opposition | **November 8, 2016** |
| Defendant's reply, if any | **November 15, 2016** |

Dated:  September 2, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE - 2