**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
FRED SEARCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:04-CR-00005 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| **FRED SEARCEY,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On September 3, 2015, Mr. Searcey filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 85. On August 29, 2016, the Court appointed Ms. Radekin as counsel for Mr. Searcey, and ordered that the previously-ordered deadlines remain in effect.  CR 92.

    Ms. Radekin has obtained all necessary records and researched Mr. Searcey's eligibility for relief under Amendment 782.  Before filing an amended motion to reduce sentence or a notice of intent not to file any supplemental briefing, Ms. Radekin needs additional time to communicate with Mr. Searcey regarding the law pertaining to his motion.  She has conferred with Mr. Hitt, and he is agreeable to modifying the briefing schedule.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

Accordingly, the parties respectfully stipulate and request that the current briefing schedule be vacated and a new briefing schedule be ordered as follows:

| | |
|---|---|
| Amended motion to reduce sentence | **December 16, 2016** |
| Government's opposition | **January 6, 2017** |
| Defendant's reply, if any | **January 13, 2017** |

Dated: October 18, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                       By:  /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States

Dated: October 18, 2016                    /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            FRED SEARCEY

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the briefing schedule relating to defendant's possible motion to reduce sentence pursuant to § 3582(c)(2) be revised to reflect the following deadlines:

| | |
|---|---|
| Amended motion to reduce sentence | **December 16, 2016** |
| Government's opposition | **January 6, 2017** |
| Defendant's reply, if any | **January 13, 2017** |

Dated:  October 18, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2